UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JILL LOUISE LLOYD,

Plaintiff,

v.

SBC COMMUNICATIONS, INC.,

Defendants.

Case No. 01-625 JGL

**AMENDED** NOTICE OF SETTLEMENT CONFERENCE

---

You are hereby given notice that the settlement conference in the above referenced case previously scheduled for December 6, 2001, at 9:00 a.m., has been rescheduled. The settlement conference will be held on **January 14, 2002, at 9:00 a.m.**, before the undersigned Magistrate Judge.

Dated: 11/21/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed NOV 21 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________