UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-625 (JGL)

JILL LOUISE LLOYD,

Plaintiff,

v. ORDER

SBC COMMUNICATIONS, INC.,

Defendant.

The above-referenced case was referred to the undersigned United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), Federal Rule of Civil Procedure 73, and the consent of the parties such Order of Reference being executed by the Honorable Michael J. Davis on August 22, 2001.

This Court having been informed that all parties and counsel have arrived at a mutually satisfactory settlement of this case, it is hereby ORDERED that:

1. The case is DISMISSED; and

2. The parties may file their settlement papers.

Dated: February 19, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed 2-19-02
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________